BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
TOVA WOLKING, CSBN 259782
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    E-Mail: tova.wolking@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| YAROSLAV MELNYCHUK, | ) Case No. 2:12-cv-00367-DAD |
| Plaintiff, | ) STIPULATION AND ORDER FOR A FIRST |
| v. | ) EXTENSION OF 14 DAYS FOR |
| | ) DEFENDANT TO FILE THE ANSWER |
| MICHAEL J. ASTRUE | ) AND CERTIFIED ADMINISTRATIVE |
| Commissioner of Social Security, | ) RECORD |
| Defendant. | ) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, and subject to the approval of the Court, that Defendant shall have a first extension of time of fourteen (14) days to file an answer and to lodge the certified administrative record in this matter.  Defendant requests this extension because the certified administrative record is not yet complete.  The Court Case Preparation and Review Branch of the Office of Disability Adjudication and Review requires more time to acquire the transcript of Plaintiff's administrative hearing and then to prepare and ship the certified administrative record.

The current due date for the answer is October 8, 2012. The new date will be October 22, 2012. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

DATE: October 2, 2012        By:    /s/ Jesse S. Kaplan*
                                    JESSE S. KAPLAN
                                    (*As authorized via email)
                                    Attorney for Plaintiff


                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATE: October 2, 2012        By:    /s/ Tova D. Wolking
                                    TOVA D. WOLKING
                                    Special Assistant United States Attorney

                                    Attorneys for Defendant Michael J. Astrue

ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: October 3, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\melnychuk0367.stip.eot.doc