BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
TOVA WOLKING, CSBN 259782
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    E-Mail: tova.wolking@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| YAROSLAV MELNYCHUK,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:12-cv-00367-DAD<br><br>STIPULATION AND ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE THE ANSWER AND CERTIFIED ADMINISTRATIVE RECORD |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, and subject to the approval of the Court, that Defendant shall have an extension of time of twenty-one (21) days to file an answer and to lodge the certified administrative record in this matter.  Defendant requests this extension because the certified administrative record is not yet complete.  The Court Case Preparation and Review Branch of the Office of Disability Adjudication and Review (ODAR) requires more time to acquire the transcript of Plaintiff's administrative hearing and then to prepare and ship the certified administrative record.  The contracting agency that transcribes such recordings has encountered numerous technical difficulties with the audio

recording of Plaintiff's administrative hearing and has, as yet, been unable to transcribe this portion of the administrative record. ODAR is working closely with the contractor to resolve the issue.

The current due date for the answer is October 22, 2012. The new date will be November 13, 2012. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

DATE: October 19, 2012 By: */s/ Jesse S. Kaplan**
JESSE S. KAPLAN
(*As authorized via email)
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

DATE: October 19, 2012 By: */s/ Tova D. Wolking*
TOVA D. WOLKING
Special Assistant United States Attorney

Attorneys for Defendant Michael J. Astrue

ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: October 19, 2012

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\melnychuk0367.stip.eot2.doc