BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
TOVA WOLKING, CSBN 259782
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    E-Mail: tova.wolking@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| YAROSLAV MELNYCHUK, | Case No. 2:12-cv-00367-DAD |
| Plaintiff, | STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |
| v. | |
| MICHAEL J. ASTRUE Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence six.

    Meaningful review of this case is not possible because the Appeals Council has notified agency counsel that the recording of Plaintiff's hearing, held on August 25, 2010, is defective.

Upon receipt of the remand order, the Appeals Council will remand the case to an administrative law judge (ALJ) and direct him or her to hold a *de novo* hearing.

Respectfully submitted,

DATE: November 1, 2012      By:     */s/ Jesse S. Kaplan*\*
JESSE S. KAPLAN
(*As authorized via email)
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

DATE: November 1, 2012      By:     */s/ Tova D. Wolking*
TOVA D. WOLKING
Special Assistant United States Attorney

Attorneys for Defendant Michael J. Astrue

ORDER

APPROVED AND SO ORDERED.

Dated: November 6, 2012

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders\soc sec\melnychuk0367.stip.remand.doc